**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Christina Reeves,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Show Low, et al.,<br><br>    Defendants. | No. CV-08-8157-PCT-PGR<br><br>ORDER |

    The remaining parties having filed a Stipulation for Dismissal With Prejudice (doc. #77) which is sufficient to automatically effectuate the dismissal of the remainder of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    DATED this 4th day of May, 2010.

_____
Paul G. Rosenblatt
United States District Judge